IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 08-cv-00193-JLK-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

O'KALLA C. JENNINGS (individually and
as the representative of the Estate of
Richard L. Jennings as his sole heir at law),
GERALD CULVERWELL (Trustee, Rio Eagles Nest),
MOUNTAIN VALLEY BANK,
WASHINGTON MUTUAL BANK, and
COLORADO DEPARTMENT OF REVENUE,

    Defendants.

---

## ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

---

The United States' Motion for Leave to Permit Counsel to Appear Telephonically at the Scheduling Conference on April 21, 2008 is GRANTED.

Counsel for the U.S., Mr. Adam Hulbig shall initiate a telephonic conference call to the Court at (970) 241-2187 at 2:00 p.m. on April 21, 2008. Counsel for the U.S. shall conference in to the call the pro se Defendant O'Kalla C. Jennings and counsel for Defendant Washington Mutual Bank, William R. Arant, III.

DATED this 17th day of April, 2008 at Grand Junction, Colorado.

                        BY THE COURT:

                        s/Gudrun J. Rice
                        Gudrun J. Rice
                        United States Magistrate Judge