IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 08-cv-00193-JLK-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

O'KALLA C. JENNINGS (individually and
as the representative of the Estate of
Richard L. Jennings as his sole heir at law),
GERALD CULVERWELL (Trustee, Rio Eagles Nest),
MOUNTAIN VALLEY BANK,
WASHINGTON MUTUAL BANK, and
COLORADO DEPARTMENT OF REVENUE,

      Defendants.

---

## ORDER GRANTING MOTION TO APPEAR VIA TELEPHONE

---

The Defendant Washington Mutual Bank's Motion to Appear Via Telephone is

GRANTED.

DATED this 17th day of April, 2008 at Grand Junction, Colorado.

BY THE COURT:

s/Gudrun J. Rice

---

Gudrun J. Rice
United States Magistrate Judge