# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-00193-CMA-GJR

UNITED STATES OF AMERICA,

 Plaintiff,

v.

O'KALLA C. JENNINGS (individually and as the representative of the Estate of Richard L. Jennings as his sole heir at law),
GERALD CULVERWELL, (TRUSTEE, RIO EAGLES NEST),
MOUNTAIN VALLEY BANK,
WASHINGTON MUTUAL BANK, and
COLORADO DEPARTMENT OF REVENUE,

 Defendants.

## ORDER ON STIPULATION FOR ENTRY OF JUDGMENT

 This matter is before the Court on the parties' Stipulation for Entry of Judgment (Doc. # 32). Having reviewed the Stipulation of the parties and for good cause showing,

 IT IS HEREBY ORDERED that the United States' federal tax liens are valid and continue to attach to all property and rights to property of the Estate of Richard Jennings, including the real property located at 6324 County Road 7, Meeker, CO 81641-9701 (hereinafter "Meeker property"), which is legally described as follows:

> Lot 3, Block 1, Purple Sage Subdivision according to the plat thereof filed June 4,1979 as Reception No. 188480 Rio Blanco County, Colorado.

**IT IS FURTHER ORDERED** that:

1. The United States is entitled to the entry of an Order of Foreclosure and Judicial Sale of the Meeker property pursuant to 26 U.S.C. Section 7403(c) and 28 U.S.C. §§ 2001 and 2002.

2. Defendant O'Kalla Jennings shall have six months from the entry of this judgment to attempt to sell the Meeker property in a private sale, pursuant to mutually agreed upon terms between the United States and Defendant O'Kalla Jennings. Should she not be able to sell the property within that time, the United States shall submit a proposed Order of Foreclosure and Judicial Sale, and the United States may proceed with the sale of the Meeker property.

DATED: November  13 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

Presented by:

TROY EID
United States Attorney

| | |
|---|---|
| /s/ Lauren M. Castaldi<br>ADAM F. HULBIG<br>LAUREN M. CASTALDI<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington, DC 20044-0683<br>Telephone:   (202) 514-6061<br>Facsimile:    (202) 307-0054<br>Telephone:   (303) 782-0003<br>Email: adam.f.hulbig@usdoj.gov<br>           Lauren.m.castaldi@usdoj.gov<br>           western.taxcivil@usdoj.gov | /s/ O'Kalla Jennings<br>O'Kalla Jennings<br>P.O. Box 485<br>Cedaredge, CO 81413<br><br>Pro Se Defendant |

Attorneys for the United States of America

/s/   William R. Arant III
WILLIAM R. ARANT, III, ESQ.
Robert J. Hopp & Associates, LLC
999 18th Street, Suite 805N
Denver, CO 80202

Attorney for Defendant JPMorgan Chase Bank, National Association, successor in interest to Washington Mutual Bank