**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00193-CMA-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

O'KALLA C. JENNINGS (individually and
as the representative of the Estate of
Richard L. Jennings as his sole heir at law);
GERALD CULVERWELL, (TRUSTEE, RIO EAGLES NEST);
MOUNTAIN VALLEY BANK;
WASHINGTON MUTUAL BANK; and
COLORADO DEPARTMENT OF REVENUE,

    Defendants.
_____

**ORDER GRANTING MOTION TO REQUIRE THE PARTIES' CONTRIBUTION OF
FUNDS TO PAY OUTSTANDING PROPERTY TAXES**
_____

    Before the Court is the United States' Motion to Require the Parties' Contribution of Funds to Pay Outstanding Property Taxes (Doc. # 41), filed November 5, 2011. Upon consideration of the motion and for good cause shown, the motion is GRANTED and it is hereby

    ORDERED that the United States and O'Kalla Jennings each deposit $391.05 with the Court within 14 days of this Order.

    DATED:  December  10 , 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge